UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

    Plaintiff,

v.                                          Case No: 2:17-cv-427-FtM-29CM

LEE COUNTY DEPARTMENT OF
HUMAN AND VETERAN
SERVICES,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for the Court to End the Suffering of the Plaintiff filed on August 27, 2018. Doc. 23. In the motion, Plaintiff states that he filed this case over one year ago and asks why the case has not yet been resolved. *See id.* On July 16, 2018, the Court entered an Order dismissing Plaintiff's Amended Complaint (Doc. 14) without prejudice and giving Plaintiff leave to file a Second Amended Complaint within thirty days of the Order. Doc. 18 at 5. Plaintiff thereafter filed a Second Amended Complaint within thirty days, on August 14, 2018. Doc. 22. The Second Amended Complaint is under review by the Court, and any delay in the review is caused simply by other more urgent matters that sometimes must take precedence, including criminal matters and matters involving time-sensitive issues. Because the present motion does not request appropriate relief or include a memorandum of law under the Middle District of Florida Local Rules, the motion will be stricken. *See* M.D. Fla. R. 3.01(a).

ACCORDINGLY, it is

**ORDERED:**

Plaintiff's Motion for the Court to End the Suffering of the Plaintiff (Doc. 23) is **STRICKEN**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of September, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Plaintiff